# Exhibit 1



# NAU Country
### A QBE Insurance Company

**CIMS FSA-578**
Multiple Peril Crop Insurance

Created By: BSEXTON
Created: 12/28/2022

| Producer Information: | Program Year: 2022 | Agency/Agent | Policy #: MI-942-6084559-22 |
|---|---|---|---|
| NEW HEIGHTS FARM II, LLC | State: 26-MICHIGAN | Agency Code: 95-3614 | Print Date: 12/28/2022 |
| 6241 RANSOM ST | County: | SPARTAN INSURANCE AGENCY LLC - | NAU COUNTRY INSURANCE COMPANY |
| ZEELAND, MI 49464 | 059-HILLSDALE | 806 BOTSFORD RD | Great Lakes Branch Office |
| P: (616)610-2886 | 159-VAN BUREN | PETOSKEY, MI 49770 | PO BOX 269 |
| F: | | P: (855)347-1066 | EAU CLAIRE, WI 54702-0269 |
| E: CASEIH431@GMAIL.COM | | F: (231)347-1067 | P: (877)942-8155 |
| Tax ID: *****1610  Entity Type: Y | | E: cshell58@hotmail.com | F: (763)201-1637 |
| SBI: NICHOLAS BOERSEN | | URL: | CSR: JPOWELL |
| Individuals *****0951 | | | |
| USDA Customer: | | | CIMS Data Import date: 12/27/2022 |
| FSA Customer | | | |

**County    059 - HILLSDALE**

| Farm Number | Tract Number | CLU/ Field | Irrigation Practice | Crop/ Commodity | Variety/ Type | Var/ Commodity Type | Int Use | Act Use | Intended Use | C/C Status | Reporting Quantity | Reported Quantity | Determined Quantity | Determined Crop Land | HEL Status | Planting Date | Planting Period | Prevented Determined Quantity | End Date | Producer Share | Share Name | Experimental Determined Quantity | Volunteer Determined Quantity | NAU Unit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1366 | 2326 | 8 | N | SOYBEANS | COM | SOYBEANS COM | GR | | GR | I | A | 4.63 | 0.00 | Y | | 06/30/2022 | 01 | | | 1.0000 | | | | |

Photo Number/Legal Description 0011-007S-004W   2022 Cropland:81.58   2022 Farmland:81.58

| | | 16 | I | SOYBEANS | COM | SOYBEANS COM | GR | | GR | I | A | 76.95 | 0.00 | Y | | 07/01/2022 | 01 | | | 1.0000 | | | | |

Photo Number/Legal Description 0011-007S-004W   2022 Cropland:81.58   2022 Farmland:81.58

### Farm Number Summary

| FSA Program Year | Crop/ Commodity | Irrigation Practice | Variety/ Type | Irrigation Practice | Int Use | Act Use | Intended Use | C/C Status | Reporting Unit | Reported Quantity | Determined Quantity | Determined Crop Land | HEL Status | Planting Date | Planting Period | Prevented Reported Quantity | End Date | Producer Share | Share Name | Experimental Reported Quantity | Volunteer Reported Quantity | NAU Unit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | **SOYBEANS** | N | | I | | | | | A | 76.95 | 0.00 | | | | | 0.00 | | | | | | |
| 2022 | **SOYBEANS** | N | | N | | | | | A | 4.63 | 0.00 | | | | | 0.00 | | | | | | |

**County    059 - HILLSDALE**

| Farm Number | Tract Number | CLU/ Field | Irrigation Practice | Crop/ Commodity | Variety/ Type | Var/ Commodity Type | Int Use | Act Use | Intended Use | C/C Status | Reporting Unit | Reported Quantity | Determined Quantity | Determined Crop Land | HEL Status | Planting Date | Planting Period | Prevented Determined Quantity | End Date | Producer Share | Share Name | Experimental Determined Quantity | Volunteer Determined Quantity | NAU Unit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1561 | 2222 | 1 | N | SOYBEANS | COM | SOYBEANS COM | GR | | | I | A | 38.55 | 0.00 | Y | | 07/01/2022 | 01 | | | 1.0000 | | | | |
| | | 2 | N | IDLE | | | | | | IN | A | 8.03 | 0.00 | Y | | | 01 | | | 1.0000 | | | | |

Photo Number/Legal Description 0002-007S-004W   2022 Cropland:46.58   2022 Farmland:46.58

### Farm Number Summary

| FSA Program Year | Crop/ Commodity | Irrigation Practice | Variety/ Type | Irrigation Practice | Int Use | Act Use | Intended Use | C/C Status | Reporting Unit | Reported Quantity | Determined Quantity | | | | | Prevented Reported Quantity | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | **IDLE** | | | N | | | | | | 8.03 | 0.00 | | | | | 0.00 | | | | | | |
| 2022 | **SOYBEANS** | | | N | | | | | GR | 38.55 | 0.00 | | | | | 0.00 | | | | | | |

2019.01.CIMS.M   END: 08/18/2022   documents@naucountry.com   Fax to: 763-233-4400   Crop Year: 2022   Page 1 of 18

Page: 1 of 4

**GREAT AMERICAN INSURANCE COMPANY** — Regional Office

# Application/Renewal Form
## for the 2019 Crop Year

Policy Number: 1139526

**I** New Heights Farm II LLC
**N** 6241 Paulson St
**S** Zeeland, MI 49464
**U**
**R** Is applicant at least 18 years old? ☒ YES ☐ NO
**E** Phone: 616 875-7880  Mobile: 616 610 2886
**D** E-Provisions: ☐  Email:

Person Type: LLC
ID#: 83-4161610   Type: ☐ SSN ☒ EIN ☐ RAN
Indicate State where articles are filed: Michigan
Spouse's Name:
Spouse's ID#:
Change: ☐ Name ☐ ID#

**A** Sparter Insurance - Shell
**G** 806 Botsford
**E** Petoskey, MI 49770
**N**
**C** Agent: Chris Shellenbarger
**Y** Agent Phone: 517-744-8928
     Agent Email: cshell58@hotmail.com

Code: 102214
Phone: 855-347-1066
Fax: 231-347-1067
Agency Email: cshell58@hotmail.com

Authorized Representative(s): Nicholas Boersen

Limited Authorized Representative(s): 
Refer to the LAR Statement

Power Of Attorney:
☐ Add Authority      For designated person(s) to sign crop
☐ Remove Authority   insurance documents on behalf of the insured.

☐ I authorize all individuals listed as SBI to have authority as a Limited Authorized Representative.

**Substantial Beneficial Interest Information:** - List all person(s) with a substantial beneficial interest in you as defined in the applicable policy provisions (include landlords or tenants insured under the applicant).
If none, state NONE. Attach SBI Reporting Form if additional space is needed and check box ☐ (SBI Reporting Form is attached)

| | Name | Address | Telephone Number | ID Number | ID No Type (Check One) | Person Type |
|---|---|---|---|---|---|---|
| ☒ Add | Nicholas Boersen | [redacted] | | | ☒ SSN ☐ EIN ☐ RAN | Individual |
| ☐ Add | | | | | ☐ SSN ☐ EIN ☐ RAN | |
| ☐ Add | | | | | ☐ SSN ☐ EIN ☐ RAN | |

**Landlord/Tenant:** In addition to my share on this policy, I am also insuring shares for my: ☐ Landlord ☐ Tenant  (Add L/T as an SBI)
By signing this form I, L/T hereby authorize the above named insured to insure my share under this policy. Otherwise, attach evidence of L/T approval.
L/T Name: _____ Signature: _____ Date: _____

**Added County Election** — I request insurance coverage for my share of the Category B crops (except forage production) specified below with a designated county in all added counties where the crops are insurable. If your designated plan of insurance, level of coverage or price is not available in the added county, coverage will be provided through the Catastrophic Risk Protection Endorsement, if the crop is insurable in the actuarial documents for an added county.

Effective Year: 2019
State: MI
☒ YES ☐ NO ☐ Cancel
☐ Cancel Entire Policy *

| Crop/County Change | County Crop | Type Practice | Des. Cnty | ** New Producer | Plan of Ins. Current/Change | %Coverage Level Current/Change | % Price Election, Proj.Price, or Amt. of Ins. | Unit Struct | Options/Endorsements Current - Change | Intended PP Acres Eligibility | SCO Ins Plan | Level | ARC | Remarks/ Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☒ Add | Berrien Corn | IRR/NI Grain | ☐ | ☒ Yes ☐ No | RP | 80% | 100% | EP | YA/TA/PF | 250 | ☐ Add | | ☐ Y ☐ N | |
| ☒ Add | Berrien Soy | IRR/NI Grain | ☐ | ☒ Yes ☐ No | RP | 80% | 100% | EP | YA/TA/PF | 0 | ☐ Add | | ☐ Y ☐ N | |
| ☒ Add | Branch Corn | NI Grain | ☐ | ☒ Yes ☐ No | RP | 80% | 100% | EU | YA/TA/PF | 60 | ☐ Add | | ☐ Y ☐ N | |
| ☒ Add | Branch Soy | NI Comm | ☐ | ☒ Yes ☐ No | RP | 80% | 100% | EU | YA/TA/PF | 0 | ☐ Add | | ☐ Y ☐ N | |

*I hereby request cancellation of my crop insurance policy for the crop(s) and crop year shown on this cancellation. I understand that if this form is not executed on or before the cancellation date for any crop year listed, the cancellation of insurance on such crop(s) will not become effective until the following crop year. Explain in the remarks column the reason for cancelling - Insured's request, mutual consent, death, incompetence, dissolution or other.

**I certify I have not produced the insured crop in the county for more than two years.

F.18642 (01/19)