# Exhibit 2

| | |
|---|---|
| **From:** | Frederick Lucas |
| **To:** | Almassian, Carrie A. (USAMIW); Michael Gaynier |
| **Subject:** | Re: [EXTERNAL] Re: Contact (re Spartan Insurance) |
| **Date:** | Friday, June 6, 2025 2:11:52 PM |
| **Attachments:** | image001.png |
| | image004.png |

Carrie, upon further examination my client indicates that Shellenbarger never used the spartancrop.com email.
As to your questions,
1. Yes.
2. Mike used his spartancrop.com and his personal email mikegaynier@comcast.net to communicate with Shellenbarger.
3. Shellebarger used her hotmail email.

On Thu, Jun 5, 2025 at 9:16 AM Almassian, Carrie A. (USAMIW) <Carolyn.Almassian@usdoj.gov> wrote:

> Thanks, Fred.
>
> Did Spartan communicate with Shellenbarger by email? (Or, did Shellenbarger send Spartan/Mike work-related emails?)
>
> If yes, did Mike/Spartan use the spartancrop email or another email? What email did Shellenbarger use when communicating with Spartan/Mike?
>
> Thanks again.
>
> 
> Carrie Almassian
> Assistant United States Attorney
> U.S. Attorney's Office, Western District of Michigan
> 616-808-2028 (direct) | 616-307-3346 (cell)
> carolyn.almassian@usdoj.gov
>
> **From:** Frederick Lucas <fred@castleberrylucas.com>
> **Sent:** Wednesday, June 4, 2025 4:09 PM
> **To:** Almassian, Carrie A. (USAMIW) <Carolyn.Almassian@usdoj.gov>