# Exhibit 3

| | |
|---|---|
| **From:** | Margaret Mathson |
| **To:** | cshell58@hotmail.com |
| **Cc:** | Julie Powell; Alan Dickerson; Toby Phillips; Mike Blazel |
| **Subject:** | FW: REVIEW NOTIFICATION: New Heights Farms, MI-6084559-23 |
| **Date:** | Thursday, June 15, 2023 4:20:15 PM |
| **Attachments:** | Letter New Heights Farm MI 6084559.pdf |
| | Checklist to Assist with Compliance Reviews 2023.docx |

Policy Number: MI-6084559-23
Crop/Commodity: Corn, Soybean
County: Van Buren
Crop/Commodity: Soybean
County: Hillsdale

Thank you for your business with NAU Country. The policy listed above has been identified for a 2023 Actual Production History (APH) compliance review. The attached letter is being mailed to your policyholder.

In order to assist with this review, please utilize the attached Checklist to Assist with Compliance Reviews. The checklist outlines the records that are acceptable to verify the production, share, and acres on the policy. It also contains additional requirements and information to help expedite the review.

The Compliance contact listed below has been assigned to this review and will be contacting you and/or your insured to obtain the specific documentation required. Please feel free to reach out to the Compliance contact if you have any questions.

    Mike Blazel, Compliance Manager
    Mike.Blazel@naucountry.com, Phone: 715.552.2137

We appreciate your cooperation with these requirements. Please note if there is a payable loss on the policy, we will not be able to pay the policyholder's claim before the review process is complete. Interest will not accrue.

Thank you,

NAU Compliance Processing

| | |
|---|---|
| **From:** | Margaret Mathson |
| **To:** | cshell58@hotmail.com |
| **Cc:** | Julie Powell; Alan Dickerson; Toby Phillips; Mike Blazel |
| **Subject:** | REVIEW NOTIFICATION: New Heights Farms, MI-6084562-23 |
| **Date:** | Thursday, June 15, 2023 4:23:14 PM |
| **Attachments:** | Checklist to Assist with Compliance Reviews 2023.docx<br>Letter New Heights Farm MI 6084562.pdf |

Policy Number: MI-6084562-23
Crop/Commodity: Corn, Soybean
County: Ottawa
Crop/Commodity: Corn
County: Allegan, Calhoun

Thank you for your business with NAU Country. The policy listed above has been identified for a 2023 Actual Production History (APH) compliance review. The attached letter is being mailed to your policyholder.

In order to assist with this review, please utilize the attached Checklist to Assist with Compliance Reviews. The checklist outlines the records that are acceptable to verify the production, share, and acres on the policy. It also contains additional requirements and information to help expedite the review.

The Compliance contact listed below has been assigned to this review and will be contacting you and/or your insured to obtain the specific documentation required. Please feel free to reach out to the Compliance contact if you have any questions.

    Mike Blazel, Compliance Manager
    Mike.Blazel@naucountry.com, Phone: 715.552.2137

We appreciate your cooperation with these requirements. Please note if there is a payable loss on the policy, we will not be able to pay the policyholder's claim before the review process is complete. Interest will not accrue.

Thank you,

NAU Compliance Processing

| | |
|---|---|
| **From:** | Margaret Mathson |
| **To:** | cshell58@hotmail.com |
| **Cc:** | Julie Powell; Alan Dickerson; Toby Phillips; Mike Blazel |
| **Subject:** | REVIEW NOTIFICATION: New Heights Farms, MI-6084561-23 |
| **Date:** | Thursday, June 15, 2023 4:16:07 PM |
| **Attachments:** | Checklist to Assist with Compliance Reviews 2023.docx<br>Letter New Heights Farm MI 6084561.pdf |

Policy Number: MI-6084561-23
Crop/Commodity: Corn
County: Ingham, Ottawa

Thank you for your business with NAU Country. The policy listed above has been identified for a 2023 Actual Production History (APH) compliance review. The attached letter is being mailed to your policyholder.

In order to assist with this review, please utilize the attached Checklist to Assist with Compliance Reviews. The checklist outlines the records that are acceptable to verify the production, share, and acres on the policy. It also contains additional requirements and information to help expedite the review.

The Compliance contact listed below has been assigned to this review and will be contacting you and/or your insured to obtain the specific documentation required. Please feel free to reach out to the Compliance contact if you have any questions.

> Mike Blazel, Compliance Manager
> Mike.Blazel@naucountry.com, Phone: 715.552.2137

We appreciate your cooperation with these requirements. Please note if there is a payable loss on the policy, we will not be able to pay the policyholder's claim before the review process is complete. Interest will not accrue.

Thank you,

NAU Compliance Processing

