# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
# MINUTES

| Case Number | Date | Time | Judge |
|---|---|---|---|
| 1:25-mc-00077-JMB | 7/14/2025 | 2:05 PM – 2:27 PM | Sally J. Berens |

## CASE CAPTION

| Shellenbarger v. United States Attorney's Office for the Western District of Michigan |
|---|

## APPEARANCES

| Attorney: | Representing: |
|---|---|
| Regan Ann Gibson | Petitioner Christine Shellenbarger |
| Carolyn Ann Almassian | Respondent United States Attorney's Office for the Western District of Michigan |

## PROCEEDINGS

**NATURE OF HEARING:** Petitioner's Petition to Quash Civil Investigative Demand WDMI-CID-25-0031 (ECF No. 1); motion taken under advisement; Report and Recommendation to issue.

Proceedings Digitally Recorded
Deputy Clerk: J. Norton