Case No. 25-2017

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

CHRISTINE SHELLENBARGER

      Petitioner - Appellant

v.

UNITED STATES ATTORNEY OFFICE FOR THE WESTERN DISTRICT OF MICHIGAN

      Respondent - Appellee

Upon consideration of the stipulation of the parties to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the motion is **GRANTED** and the appeal is dismissed.

**ENTERED PURSUANT TO RULE 45(a),**
**RULES OF THE SIXTH CIRCUIT**
Kelly L. Stephens, Clerk

Issued:  May 04, 2026